**E-FILED on**    05/03/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BIOTRONIK, INC., an Oregon Corporation; RONALD C. FRY, an individual; and JENNIFER WHITE, an individual,<br><br>      Plaintiffs,<br><br>    v.<br><br>GUIDANT SALES CORPORATION, an Indiana corporation, and DOES 1 through 50,<br><br>      Defendants. | No. C-09-01686 RMW<br><br>ORDER VACATING HEARING ON BIOTRONIK'S APPLICATION FOR TEMPORARY RESTRAINING ORDER |

On May 1, 2009, plaintiff Biotronik, Inc. filed an *ex parte* application for a temporary restraining order against defendant Guidant Sales Corporation, and noticed the application for a hearing at 11:00 a.m. on May 4, 2009. The court hereby vacates that hearing date. The court requests that the parties confer and stipulate to a schedule for the filing of an opposition and a subsequent hearing.

DATED:     05/03/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER VACATING HEARING ON BIOTRONIK'S APPLICATION FOR TEMPORARY RESTRAINING ORDER—No. C-09-01686 RMW
JAS

1 **Notice of this document has been electronically sent to:**

2 **Counsel for Plaintiff:**

3 Seyamack Kouretchian         seyamack@coastlawgroup.com
Ross Montgomery Campbell      rcampbell@coastlawgroup.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**     05/03/09                              JAS
                                          **Chambers of Judge Whyte**

**United States District Court**
For the Northern District of California

ORDER VACATING HEARING ON BIOTRONIK'S APPLICATION FOR TEMPORARY RESTRAINING ORDER—No. C-09-01686 RMW
JAS                                    2