RECEIVED
2009 MAY -4 AM 11: 07
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

*E-FILED - 5/7/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Biotronik, Inc., an Oregon corporation; Ronald C. Fry; and Jennifer White,

    Plaintiff,

v.

Guidant Sales Corporation, an Indiana corporation and Does 1 through 50,

    Defendant.

CASE NO. 5:09-cv-01686-RMW

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Edward Sean Donahue, whose business address and telephone number is Donahue & Associates, One SW Columbia Street, Suite 1625, Portland, Oregon 97258-2021; telephone 503-226-1084

and who is an active member in good standing of the bar of Oregon / USDC Oregon having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing all plaintiffs

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 5/7/09

*Ronald M. Whyte*
Ronald M. Whyte,
United States District Judge